**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7780**

_____

FLOYD JUNIOR POWELL,

            Plaintiff - Appellant,

      v.


LIEUTENANT TONY A. KELLER; JORGE SOSA; JASON COY REID; TIMOTHY
JAMES BREWER; LARRY WATERS; WILLIAM A. BRAFFORD; GRETCHEN C. F.
SHAPPERT; JUDGE RICHARD L. VOORHEES; MAGISTRATE JUDGE CARL HORN;
GREGORY A. FOREST; JAYME MILLER; UNITED STATES MARSHALS SERVICE;
CATAWBA COUNTY; SHERIFF OF CATAWBA COUNTY; CATAWBA COUNTY
SHERIFF'S DEPARTMENT; COLDWELL BANKER; BOYD HASSELL INDUSTRIAL
COMMERCIAL PROPERTIES; ELVALORIE MATTHEWS; RICHARD MCDONNELL;
MARK T. CALLOWAY; NEWTON POLICE DEPARTMENT; CONOVER POLICE
DEPARTMENT,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Graham C. Mullen,
Senior District Judge.  (5:07-cv-00121-GCM)

_____

Submitted:  April 3, 2008          Decided:  April 22, 2008

_____

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

Floyd Junior Powell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Junior Powell appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) (2000) his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. <u>See</u> <u>Powell v. Keller</u>, No. 5:07-cv-00121-GCM (W.D.N.C. Nov. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>